UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                                 ) | CASE NO. CR07-041-RSL |
|             Plaintiff,                                     ) | |
|                                                                 ) | |
|             v.                                              ) | |
|                                                                 ) | DETENTION ORDER |
| ANTONIO MANUEL AMANICO RAMOS, ) | |
|                                                                 ) | |
|             Defendant.                                 ) | |
| _____ ) | |

<u>Offense charged</u>:      Failure to Appear

<u>Date of Detention Hearing</u>:   November 26, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)      Defendant is charged with failing to appear for trial in Case No. CR05-380 RSL. He was not interviewed by Pretrial Services in connection with the instant case. He does not

DETENTION ORDER                                                                                                                    PAGE 1

01 contest detention.

02       (2)   Defendant poses a risk of danger and a risk of nonappearance due to the lack of
03 verified background information and the pending charges.

04       (3)   There does not appear to be any condition or combination of conditions that will
05 reasonably assure the defendant's appearance at future Court hearings while addressing the
06 danger to other persons or the community.

07 It is therefore ORDERED:

08       (1)   Defendant shall be detained pending trial and committed to the custody of the
09             Attorney General for confinement in a correction facility separate, to the extent
10             practicable, from persons awaiting or serving sentences or being held in custody
11             pending appeal;

12       (2)   Defendant shall be afforded reasonable opportunity for private consultation with
13             counsel;

14       (3)   On order of a court of the United States or on request of an attorney for the
15             Government, the person in charge of the corrections facility in which defendant
16             is confined shall deliver the defendant to a United States Marshal for the purpose
17             of an appearance in connection with a court proceeding; and

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of November, 2010.

                                          Mary Alice Theiler
                                          United States Magistrate Judge